954

No. 621, October Term, 1969. WISEMAN ET AL. *v.* MASSACHUSETTS ET AL., 398 U. S. 960. Motion of National Educational Television for leave to file a brief as *amicus curiae* in support of petition for rehearing granted. Petition for rehearing denied. MR. JUSTICE HARLAN, MR. JUSTICE BRENNAN, and MR. JUSTICE BLACKMUN are of the opinion that the petition should be granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion and petition.

No. 395. LAZARUS *v.* UNITED STATES, *ante,* p. 869. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 5220. GILMORE *v.* GORDON ET AL., MEMBERS OF CALIFORNIA ADULT AUTHORITY, *ante,* p. 837. Motion for leave to file petition for rehearing denied.

DECEMBER 14, 1970

No. 733. RAFFERTY ET AL. *v.* MACKAY ET AL. Affirmed on appeal from D. C. N. D. Cal. *Baggett* v. *Bullitt,* 377 U. S. 360. MR. JUSTICE HARLAN is of the opinion that probable jurisdiction should be noted and the case set for oral argument.

No. 732. ALABAMA ET AL. *v.* UNITED STATES ET AL. Appeal from D. C. S. D. Ala. dismissed for want of jurisdiction.

No. 5854. CHAMPS *v.* TEXAS. Appeal from Ct. Civ. App. Tex., 14th Sup. Jud. Dist., dismissed for want of substantial federal question. MR. JUSTICE BLACK and MR. JUSTICE MARSHALL are of the opinion that probable jurisdiction should be noted and the case set for oral argument